THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS BELL, Appellant. [817 NYS2d 573]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered August 7, 2003. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. KOEHLER, Appellant. [818 NYS2d 411]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered May 19, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: On appeal from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*), defendant challenges only 10 points assessed against him under a certain category. Even in the absence of those 10 points, however, defendant's total risk factor score nevertheless results in a presumptive risk level classification of level three, and defendant failed to establish his entitlement to a downward departure from the presumptive risk level (*see People v Hamelinck*, 23 AD3d 1060 [2005]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE TRIPLETT, Appellant. [817 NYS2d 560]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered April 26, 2004. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (three counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.